1  GILL SPERLEIN (172887)
   LAW OFFICES OF GILL SPERLEIN
2  584 Castro Street, Suite 849
3  San Francisco, California  94114
   Telephone: (415)378-2625
4  Facsimile: (415) 252-7747
5  sperlein@aol.com

6  Attorney for Plaintiff
   IO GROUP, INC.
7

8                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9                            **SAN JOSE DIVISION**
10

11                                          )
                                            ) **CASE NO.: C 06-04290 (PJH)**
12 IO GROUP, INC., a California corporation,)
                                            )
13                                          )
      Plaintiff,                            ) **STIPULATION OF DISMISSAL WITHOUT**
14                                          ) **PREJUDICE** AND ORDER
             vs.                            )
15                                          )
                                            )
16 PRIME TIME BOOK AND VIDEO, INC.          ) FRCP 41(a)(1)(ii)
   a Florida Corporation,                   )
17                                          )
                                            )
18    Defendant.                            )
                                            )
19                                          )
                                            )
20

21     IT IS HEREBY STIPULATED by and between the parties to this action through their

22 designated counsel that the above-captioned action be and hereby is dismissed without prejudice

23 pursuant to FRCP 41(a)(1)(ii).

       Each party is to bear its own costs and attorneys' fees.
24
       The Parties request that the Court retain jurisdiction to enforce the Settlement Agreement
25
   (if needed) entered into as of September 29, 2006 between Plaintiff Io Group, Inc. and Defendant
26
   Prime Time Book and Video, Inc.
27

28

-1-

1  Dated: *10/03/2006*

2  */s/ Keith Webb*                                  */s/ Gill Sperlein*

3  Keith Webb, Vice President for          Gill Sperlein
4  Plaintiff, Io Group, Inc.                       THE LAW OFFICE OF GILL SPERLEIN
                                                              Attorneys for Plaintiff
5

6
   Dated: *9/25/2006*
7
   */s/ Robert Popola*                              */s/ Jose Sanchez*
8
9  Robert Popola, President Defendant    Jose Sanchez
   Prime Time Book and Video, Inc.         SIMON SCHINDLER & SANBERG
10                                                            Attorneys for Defendants

11

12

13
        I hereby attest that I have on file all holograph signatures for any signatures indicated by a
14
   "conformed" signature (/S/) within this e-filed document.
15

16

17 Dated: *10/03/2006*                              */s/ Gill Sperlein*
                                                              Gill Sperlein
18                                                         THE LAW OFFICE OF GILL SPERLEIN
                                                              Attorneys for Plaintiff
19

20

21

22

23                              10/20/06

24

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA